JOHN H. JOHNSON v. CITY OF WINSTON-SALEM

No. 387A85

(Filed 7 January 1986)

APPEAL by defendant from a decision of a divided panel of the Court of Appeals, 75 N.C. App. 181, 330 S.E. 2d 222 (1985), which reversed summary judgment for defendant entered at the 20 August 1984 Session of FORSYTH County Superior Court, *Albright, J.*, presiding.

*The Law Firm of Billy D. Friende, Jr., by Donald R. Buie for plaintiff appellee.*

*Womble, Carlyle, Sandridge & Rice by Roddey M. Ligon, Jr. and Gusti W. Frankel for defendant appellant.*

PER CURIAM.

For the reasons stated in the dissenting opinion of Whichard, J., the decision of the Court of Appeals is

Reversed.

Justice MITCHELL did not participate in the consideration or decision of this case.